# Criminal Case Cover Sheet – U.S. District Court

## Place of Offense:

City: _____

County/Parrish: _____

## Related Case Information:

Superseding _____    Docket Number    26-mj-135-amb

Same Defendant _____    New Defendant _____

Magistrate Judge Case Number _____

Search Warrant Case Number _____

R20 / R40 from the District of _____

## Defendant information:

Matter to be Sealed          Yes          No

**Def. Name:** _____

**Alias Name:** _____

**City/State:** _____

**Year of Birth:** _____    Last 4 digits of SSN _____

**Sex:** _____    Race: _____

## U.S. Attorney Information:

AUSA: _____    Bar #: _____

Interpreter:    No    Yes    List language and/or dialect: _____

## Location Status:

Arrest Date: _____

Already in Federal Custody as of: _____ in _____

Already in State Custody

On Pretrial Release

## U.S.C. Citations:

Total # of Counts: _____    **Petty** ___    **Misdemeanor** ___    **Felony** ___

Class A ___

Class B ___

Class C ___

| Index Key/Code | Description of Offense Charged | Counts(s) |
|---|---|---|
| **Set 1** _____ | _____ | _____ |
| **Set 2** _____ | _____ | _____ |
| **Set 3** _____ | _____ | _____ |
| **Set 4** _____ | _____ | _____ |
| **Set 5** _____ | _____ | _____ |
| **Set 6** _____ | _____ | _____ |

**Date:** _____    **Signature of AUSA** /s/ _____